UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

KENNETH THOMAS,

      Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS,

      Defendant.
_____/

Case No. 1:23-cv-867

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's ability to pursue those claims in state court.

Dated:  September 6, 2023           /s/ Ray Kent
                                                        Ray Kent
                                                        United States Magistrate Judge